## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: APPEAL OF ARAM K. JERREHIAN, JR. FROM THE DECISION DATED DECEMBER 9, 2014 OF THE ZONING HEARING BOARD OF THE TOWNSHIP OF LOWER MERION MONTGOMERY COUNTY, PENNSYLVANIA | : : : : : : : : : : : : | No. 213 MAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: JEFFREY AND MARSHA PERELMAN | : : | |
| IN RE: APPEAL OF JEFFREY AND MARSHA PERELMAN FROM THE OPINION AND ORDER DATED DECEMBER 9, 2014 OF THE ZONING HEARING BOARD OF LOWER MERION IN THE MATTER OF JEFFREY AND MARSHA PERELMAN REGARDING THE PRELIMINARY OPINION ISSUED PURSUANT TO SECTION 155-105.1 OF THE TOWNSHIP CODE REGARDING 115 CHERRY LANE, WYNNEWOOD, PA | : : : : : : : : : : : : : : : : : | No. 214 MAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: JEFFREY AND MARSHA PERELMAN | : : | |
| IN RE: APPEAL OF ARAM K. JERREHIAN, JR. FROM THE DECISION DATED DECEMBER 9, 2014 OF THE ZONING HEARING BOARD OF THE TOWNSHIP OF LOWER MERION, MONTGOMERY COUNTY, PENNSYLVANIA | : : : : : : : : : : : : | No. 215 MAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: JEFFREY AND MARSHA PERELMAN | : : | |

## **ORDER**

**PER CURIAM**

        **AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.